

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

June 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2022

*Via ECF*
Hon. Mary Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rodriguez v. 2324 Morris Avenue Realty LLC, et al*
Case No. 21-cv-06542

Your Honor:

      This office represents the Plaintiff in this action. We, jointly with Defendants, request that the deadline to submit the settlement agreement and *Cheeks* Motion for Court approval be extended to July 1, 2022. The parties have not been able to finalize the submission due to scheduling conflicts and ongoing discussions. The requested extension should provide sufficient time to complete this process. We thank the Court for its attention and consideration to our application.

Respectfully submitted,

 /s/
By Louis M. Leon, Esq. (LL 2057)
108 West 39th Street, Suite 602
New York, New York 10018
LLeon@cafaroesq.com

**Granted. SO ORDERED.**

Date: 6/3/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge